**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AUTO-OWNERS INSURANCE COMPANY,**

            **Plaintiff,**

-vs-                                  **Case No. 6:05-cv-334-Orl-31UAM**

**SOUTHEAST FLOATING DOCKS, INC., and ALAN L. SIMPSON,**

            **Defendants.**

## ORDER and NOTICE OF STATUS CONFERENCE

This matter comes before the Court on the Motion for Reconsideration (Doc. 237) filed by the Defendants, Southeast Floating Docks, Inc. and Alan L. Simpson, and the response (Doc. 243) filed by the Plaintiff, Auto-Owners Insurance Company ("Auto-Owners"). The Defendants seek reconsideration of this Court's order (Doc. 231) granting summary judgment in favor of Auto-Owners as to liability. However, after reviewing the motion, the Court concludes that reconsideration is not justified. The Defendants have not set forth new evidence, pointed to a change in controlling law, or demonstrated that the order granting partial summary judgment was clearly in error or resulted in manifest injustice. Accordingly, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 237) is **DENIED**.

The issue of damages remains unresolved. To establish a procedure for addressing that issue, **TAKE NOTICE** that a **STATUS CONFERENCE** will be held before the Honorable Gregory A. Presnell, United States District Judge, on **WEDNESDAY**, **JUNE 27, 2007** at **1:15**

**P.M.** in Courtroom #3, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 19, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party