# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AUTO-OWNERS INSURANCE COMPANY,**

          **Plaintiff,**

-vs-                                      Case No. 6:05-cv-334-Orl-31UAM

**SOUTHEAST FLOATING DOCKS, INC., and ALAN L. SIMPSON,**

          **Defendants.**

## ORDER

This matter comes before the Court after a hearing to consider the procedure for resolving the remaining damages issues in this case. After considering the argument of counsel, it is hereby

**ORDERED** that the parties shall meet and prepare a supplemental case management report, to be filed with the Court on or before August 13, 2007. The supplemental case management report should include all pertinent dates, including but not limited to the discovery period, expert disclosure deadlines, pre-trial conference, and trial date. And it is further

**ORDERED** that counsel for Auto-Owners may file a brief on the issue of the Defendants' entitlement to a jury trial. The brief, not to exceed ten pages in length, must be filed on or before

July 31, 2007. Counsel for the Defendants shall have 20 days from the date of filing of that brief to file a reply, not to exceed ten pages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party